IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYETTA LEE, )<br>        Petitioner, )<br>)<br>    v. )<br>)<br>PENNSYLVANIA BOARD OF PROBATION )<br>AND PAROLE, et al., )<br>        Respondents. ) | Civil Action No. 18-396 |

O R D E R

AND NOW, this 1st day of February, 2019, after the petitioner, Rayetta Lee, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 19), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (ECF No. 3) is dismissed and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                                     s/Nora Barry Fischer
                                                                     Nora Barry Fischer
                                                                     United States District Judge

cc: Rayetta Lee
OK-2639
S.C.I. Cambridge Springs
451 Fullerton Avenue
Cambridge Springs, PA 16403